

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00633-CV

**CITY OF RIO GRANDE, TEXAS**, and Its Elected Officials,
Appellants

v.

**BFI WASTE SERVICES OF TEXAS, LP** d/b/a Allied Waste Services of Rio Grande Valley,
Appellee

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. DC-15-604
Honorable Migdalia Lopez, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of the appeal are taxed against the party incurring same.

SIGNED January 10, 2019.

_____
Rebeca C. Martinez, Justice